```
                                FILED
                                10/19/21 3:14 pm
                                CLERK
                                U.S. BANKRUPTCY
                                COURT - WDPA
```

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| CHAD R. WOLFE | Case No.16-21367GLT |
| ERIK J. KOLODZIEJ | |
| Debtor(s) | |
| Ronda J. Winnecour, Trustee | |
| Movant | Chapter 13 |
| vs. | |
| CHAD R. WOLFE | |
| ERIK J. KOLODZIEJ | Related to Docket No. 92 |
| Respondents | |

### ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this  _19th Day of October, 2021_ , it is hereby ORDERED, ADJUDGED, and DECREED that,

Highmark*  (Emp)
Attn: Payroll (Garnishments)
120 Fifth Ave
Fap Hm-0438
Pittsburgh,PA 15222

is hereby ordered to immediately terminate the attachment of the wages of CHAD R. WOLFE, social security number XXX-XX-7013.  No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of CHAD R. WOLFE.

FURTHER ORDERED:

BY THE COURT:

_____
**drb**
UNITED STATES BANKRUPTCY JUDGE

cc: Debtor(s)
    Debtor(s) Attorney

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-21367-GLT |
| Chad R. Wolfe | Chapter 13 |
| Erik J. Kolodziej | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: dpas | Page 1 of 2 |
| Date Rcvd: Oct 19, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 21, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Chad R. Wolfe, Erik J. Kolodziej, 3011 Grey Fox Circle, Bridgeville, PA 15017-3812 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 21, 2021        Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 19, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jeffrey R. Hunt | on behalf of Creditor Collier Township jhunt@grblaw.com |
| Joseph A. Dessoye | on behalf of Creditor Pennymac Loan Services  LLC pawb@fedphe.com |
| Joseph P. Schalk | on behalf of Creditor Pennymac Loan Services  LLC jschalk@barley.com, sromig@barley.com |
| Maria Miksich | on behalf of Creditor Pennymac Loan Services  LLC mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Peter J. Ashcroft | |

| District/off: 0315-2 | User: dpas | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 19, 2021 | Form ID: pdf900 | Total Noticed: 1 |

        on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com
        ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Ronda J. Winnecour
        cmecf@chapter13trusteewdpa.com

S. James Wallace
        on behalf of Creditor Peoples Natural Gas Company  LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com

Shawn N. Wright
        on behalf of Joint Debtor Erik J. Kolodziej shawn@shawnwrightlaw.com
        wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com

Shawn N. Wright
        on behalf of Debtor Chad R. Wolfe shawn@shawnwrightlaw.com
        wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com

Thomas Song
        on behalf of Creditor Pennymac Loan Services  LLC pawb@fedphe.com

TOTAL: 11