# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

FILED
10/19/21 3:16 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
  CHAD R. WOLFE
  ERIK J. KOLODZIEJ
        Debtor(s)
  Ronda J. Winnecour, Trustee
    Movant
      vs.
  CHAD R. WOLFE
  ERIK J. KOLODZIEJ

      Respondents

Case No.16-21367GLT

Chapter 13

Related to Docket No. 93

## ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this _19th Day of November, 2021_, it is hereby ORDERED, ADJUDGED, and DECREED that,

      Quaker Valley Sd
    Attn: Payroll Manager
  100 Leetsdale Industrial Dr Ste B
      Leetsdale,PA 15056

is hereby ordered to immediately terminate the attachment of the wages of ERIK J. KOLODZIEJ, social security number XXX-XX-5431. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of ERIK J. KOLODZIEJ.

FURTHER ORDERED:

cc: Debtor(s)
    Debtor(s) Attorney

BY THE COURT:

_____
drb
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-21367-GLT |
| Chad R. Wolfe | Chapter 13 |
| Erik J. Kolodziej | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: dpas | Page 1 of 2 |
| Date Rcvd: Oct 19, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 21, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Chad R. Wolfe, Erik J. Kolodziej, 3011 Grey Fox Circle, Bridgeville, PA 15017-3812 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 21, 2021    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 19, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jeffrey R. Hunt | on behalf of Creditor Collier Township jhunt@grblaw.com |
| Joseph A. Dessoye | on behalf of Creditor Pennymac Loan Services  LLC pawb@fedphe.com |
| Joseph P. Schalk | on behalf of Creditor Pennymac Loan Services  LLC jschalk@barley.com, sromig@barley.com |
| Maria Miksich | on behalf of Creditor Pennymac Loan Services  LLC mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Peter J. Ashcroft | |

| | | |
|---|---|---|
| District/off: 0315-2 | User: dpas | Page 2 of 2 |
| Date Rcvd: Oct 19, 2021 | Form ID: pdf900 | Total Noticed: 1 |

    on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com
    ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company  LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com

Shawn N. Wright
    on behalf of Joint Debtor Erik J. Kolodziej shawn@shawnwrightlaw.com
    wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com

Shawn N. Wright
    on behalf of Debtor Chad R. Wolfe shawn@shawnwrightlaw.com
    wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com

Thomas Song
    on behalf of Creditor Pennymac Loan Services  LLC pawb@fedphe.com

TOTAL: 11