IN THE UNITED STATES BANKRUPTCY COURT
Pennsylvania Western District

| | |
|---|---|
| In Re: | Case Number: 16-21367-glt |
| Chad R. Wolfe & Erik J. Kolodziej, | Chapter 13 |
| DEBTORS | Document No. |
| ---------------------------------------- | |
| Shawn Wright | |
| APPLICANT | |
| vs. | |
| NO RESPONDENT | |

### ORDER OF COURT

**AND NOW,** to-wit, this _____ day of _____ ,2022, the **APPLICATION OF Shawn Wright FOR FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL FOR THE DEBTORS** is approved for the total amount of **$4,675.00** for services rendered on behalf of the Debtor for the period between April 5, 2016 through December 20, 2021, which represents $4,675.00 in attorney fees and $0.00 in costs.

**BY THE COURT:**

_____
U.S. Bankruptcy Court Judge