LOCAL BANKRUPTCY FORM NO. 24
## IN THE UNITED STATES BANKRUPTCY COURT
Pennsylvania Western District

| | |
|---|---|
| In Re: | Case Number: 16-21367-glt |
| Chad R. Wolfe & Erik Kolodziej. | Chapter 13 |
| DEBTORS | Document No. |
| -------------------------------------------- | |
| Shawn Wright | |
| APPLICANT | |
| vs. | |
| NO RESPONDENT | |

## SUMMARY COVER SHEET AND NOTICE OF HEARING AND RESPONSE DEADLINES ON THE MOTION TO APPROVE PROFESSIONAL FEES IN CHAPTER 7 AND 13 BEHALF OF
### Shawn Wright

To All Creditors and Parties in Interest:

1. Applicant represents Chad Wolfe & Erik Kolodziej
2. This is a final application
   for the period April 5, 2016 to December 20, 2021
   Date of order appointing professional: n/a
3. Dates and amounts of previous compensation:
   : $4,000.00 has been paid through the Chapter 13 plan
4. Previous retainer paid to Applicant: $0.00
5. Previous interim compensation allowed to Applicant: $4,000.00 through the plan
6. Applicant requests additional:
   Compensation of $675.00
   Reimbursement of Expenses of $0.00.
7. You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than January 6, 2022 (i.e., seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's webpage at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled. You should take this Notice and the Motion to a lawyer at once. An in-person hearing will be held on February 9, 2022 at 9 a.m.

before Judge Gregory L. Taddonio in
Courtroom A, 54th Floor U.S. Steel
Tower, 600 Grant Street, Pittsburgh,
PA, 15219. In accordance with Judge
Taddonio's procedures, parties may
appear for non-evidentiary matters
remotely by utilizing the Zoom video
conference platform. Parties seeking
to appear remotely must register for
the hearing by submitting a
registration form 2 via the link
published on Judge Taddonio's
website (which can be found at
http://www.pawb.uscourts.gov/judge-
taddonios-video-conference-hearing-
information) by no later than 4 p.m. on
the business day prior to the
scheduled hearing. All parties
participating remotely shall comply
with Judge Taddonio's General
Procedures, (which can be found at
http://www.pawb.uscourts.gov/sites/de
fault/files/pdfs/glt-proc.pdf). Parties
who fail to timely register for remote
participation will be expected to attend
the hearing in person. Only a limited
time of ten (10) minutes is being
provided on the calendar. No
witnesses will be heard. If there is an
issue of fact, an evidentiary hearing
will be scheduled by the Court for a
later date.

Dated: December 20, 2021

/s/ Shawn Wright
7240 McKnight Rd.
Pittsburgh, PA 15237
412-920-6565; PA64103
shawn@shawnwrightlaw.com