UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) Case No. 16-21367-glt |
| Chad R. Wolfe and Erik J. Kolodziej, | ) |
| Debtors | ) |
| | ) Chapter 13 |
| Shawn N. Wright, Movant | ) |
| Vs. | ) |
| | ) |
| No Respondent | ) |

**CERTIFICATE OF NO OBJECTION REGARDING MOTION TO APPROVE PROFESSIONAL FEES**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Approve Professional Fees filed on December 20, 2021 has been received. The undersigned further certifies that the Court's docket has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than January 6, 2022.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated: January 18, 2022

_/s/Shawn N. Wright
Shawn N. Wright, Esquire
Counsel for Debtors
7240 McKnight Road
Pittsburgh, PA 15237
(412) 920-6565
PA--#64103
shawn@shawnwrightlaw.com