IN THE UNITED STATES BANKRUPTCY COURT
Pennsylvania Western District

FILED
1/27/22 12:17 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

In Re:

Chad R. Wolfe & Erik J.
Kolodziej,

DEBTORS
-------------------------------------------
Shawn Wright

APPLICANT

vs.

NO RESPONDENT

Case Number: 16-21367-glt

Chapter 13

Document No.

Related to Docket No. 102

### ORDER OF COURT

**AND NOW,** to-wit, this_ 27th Day of January,                    ,2022, the **APPLICATION OF Shawn Wright FOR FINAL**

**COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL FOR THE DEBTORS** is approved for the total

amount of **$4,675.00** for services rendered on behalf of the Debtor for the period between April 5, 2016 through

December 20, 2021, which represents $4,675.00 in attorney fees and $0.00 in costs.

The Clerk Shall Record the Total Award of
Compensation in the amount of $4,675.00

Gregory L. Taddonio, Judge
United States Bankruptcy Court

## ENTERED BY DEFAULT

Additional fees may be paid through the Chapter 13 plan
provided that debtor(s) amend the plan within 14 days
after the application for fees is allowed to increase the
plan payment sufficiently to include those fees. The fees
must be paid from debtor(s) resources without decreasing
the percentage or amount to be paid to other creditors
through the plan.

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                        Case No. 16-21367-GLT
Chad R. Wolfe                                                                  Chapter 13
Erik J. Kolodziej
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2                          User: auto                          Page 1 of 2
Date Rcvd: Jan 27, 2022                       Form ID: pdf900                     Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 29, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Chad R. Wolfe, Erik J. Kolodziej, 3011 Grey Fox Circle, Bridgeville, PA 15017-3812 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 29, 2022                    Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 27, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jeffrey R. Hunt | on behalf of Creditor Collier Township jhunt@grblaw.com |
| Joseph A. Dessoye | on behalf of Creditor Pennymac Loan Services  LLC pawb@fedphe.com |
| Joseph P. Schalk | on behalf of Creditor Pennymac Loan Services  LLC jschalk@barley.com, sromig@barley.com |
| Maria Miksich | on behalf of Creditor Pennymac Loan Services  LLC mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Peter J. Ashcroft | |

on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com
ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com

S. James Wallace

on behalf of Creditor Peoples Natural Gas Company  LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com

Shawn N. Wright

on behalf of Joint Debtor Erik J. Kolodziej shawn@shawnwrightlaw.com
wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com

Shawn N. Wright

on behalf of Debtor Chad R. Wolfe shawn@shawnwrightlaw.com
wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com

Thomas Song

on behalf of Creditor Pennymac Loan Services  LLC pawb@fedphe.com


TOTAL: 11