**Fill in this information to identify the case:**

Debtor 1 __Chad R. Wolfe__

Debtor 2 __Erik J. Kolodziej__
(Spouse, if filing)

United States Bankruptcy Court for the: __WESTERN__ District of __Pennsylvania__
(State)

Case number __16-21367-GLT__

Form 4100R

# Response to Notice of Final Cure Payment

10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

## Part 1: Mortgage Information

**Name of creditor:** PENNYMAC LOAN SERVICES LLC

**Court claim no.** (if known): 19

**Last 4 digits** of any number you use to identify the debtor's account: 2255 ____ ____ ____

**Property address:** 3011 Grey Fox Circle
Number    Street

Bridgeville, Pennsylvania  15017
City                State       ZIP Code

## Part 2: Prepetition Default Payments

*Check one:*

[X] Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

[ ] Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:  $ _____

## Part 3: Postpetition Mortgage Payment

*Check one:*

[X] Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: __4__ / __1__ / __2022__
MM / DD / YYYY

[ ] Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:  (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:  + (b) $ _____

c. **Total**. Add lines a and b.  (c) $ 0.00

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:  ___/____/_____
MM / DD / YYYY

| Debtor 1 | Chad R. Wolfe | Case number (*if known*) | 16-21367-GLT |
|---|---|---|---|
| | First Name  Middle Name  Last Name | | |

### Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- ◼ all payments received;
- ◼ all fees, costs, escrow, and expenses assessed to the mortgage; and
- ◼ all amounts the creditor contends remain unpaid.

### Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

❏ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ ___/s/ Andrew M. Lubin_____    Date  03/22/2022
   Signature

| Print | Andrew M. Lubin | Title | Attorney for creditor |
|---|---|---|---|
| | First Name  Middle Name  Last Name | | |

Company    McCabe, Weisberg & Conway, LLC

**If different from the notice address listed on the proof of claim to which this response applies:**

Address    123 S. Broad Street, Suite 1400
           Number    Street

           Philadelphia, PA 19109
           City         State    ZIP Code

Contact phone ( 215 ) 790 – 1010    Email ecfmail@mwc-law.com

---

Form 4100R    **Response to Notice of Final Cure Payment**    page **2**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:  Chad R. Wolfe and Erik J. Kolodziej<br>　　　　Debtors<br><br>PENNYMAC LOAN SERVICES LLC, or its Successor or Assignee<br>　　　　Movant<br><br>vs.<br><br>Ronda J. Winnecour<br>Chad R. Wolfe and Erik J. Kolodziej<br>　　　　Respondents | Chapter 13<br><br>Bankruptcy No. 16-21367-GLT<br><br>Related to Document Nos. |

**CERTIFICATION OF SERVICE OF RESPONSE TO NOTICE OF FINAL CURE PAYMENT**

I, Andrew M. Lubin, attorney for PENNYMAC LOAN SERVICES LLC, hereby certify that I served a true and correct copy of the foregoing Response to Notice of Final Cure Payment, by United States Mail, first class, postage prepaid, and/or electronic means, upon the following:

Date Served: March 22, 2022

| | | |
|---|---|---|
| Chad R. Wolfe<br>3011 Grey Fox Circle<br>Bridgeville, Pennsylvania 15017<br><br>Erik J. Kolodziej<br>3011 Grey Fox Circle<br>Bridgeville, Pennsylvania 15017 | Shawn N. Wright, Esquire<br>7240 McKnight Road<br>Pittsburgh, Pennsylvania 15237<br>Attorney for Debtors | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, Pennsylvania 15219<br>Trustee<br><br>U.S. Trustee<br>Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222 |

　　　　　　　　/s/ Andrew M. Lubin
　　　　　　　　MARGARET GAIRO, ESQUIRE ID # 34419
　　　　　　　　MARISA MYERS COHEN, ESQUIRE ID #87830
　　　　　　　　JOSPEH I. FOLEY, ESQUIRE ID # 314675
　　　　　　　　CHELSEA NIXON, ESQUIRE ID # 324130
　　　　　　　　ANDREW M. LUBIN, ESQUIRE ID # 54297
　　　　　　　　Attorney for PENNYMAC LOAN SERVICES LLC

123 South Broad Street, Suite 1400
Philadelphia, PA 19109
Telephone: (215) 790-1010
Facsimile: (215) 790-1274
Email: ecfmail@mwc-law.com