Form 604

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Chad R. Wolfe** | : | Case No. 16−21367−GLT |
| **Erik J. Kolodziej** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | Related to Document No. 117 |
| v. | : | |
| **No Respondents** | : | Hearing Date: 5/18/22 at 11:00 AM |
| *Respondent(s).* | : | |
| | : | |

## ORDER SCHEDULING DATE
## FOR RESPONSE AND HEARING ON MOTION

*AND NOW,* this *The 25th of March, 2022*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* (the "Motion") having been filed at Doc. No. 117 by the Chapter 13 Trustee,

It is hereby **ORDERED, ADJUDGED** and **DECREED** that:

(1) **On or before May 9, 2022**, any *Response*, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

(2) This Motion is scheduled for hearing on *May 18, 2022 at 11:00 AM* in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. In accordance with Judge Taddonio's procedures, parties may appear for non−evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website (which can be found at: http://www.pawb.uscourts.gov/judge−taddonios−video−conference−hearing−information) by no later than 4 p.m. on the business day prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's General Procedures (which can be found at: http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt−proc.pdf). **Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

(3) If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. **To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L. Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties are *required* to appear at the hearing.

(4) Once the Motion is approved, if either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* is not timely filed, *the case is SUBJECT TO CLOSURE WITHOUT A DISCHARGE without further notice or hearing*.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-21367-GLT |
| Chad R. Wolfe | Chapter 13 |
| Erik J. Kolodziej | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Mar 25, 2022 | Form ID: 604 | Total Noticed: 50 |

The following symbols are used throughout this certificate:

**Symbol**   **Definition**

\+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++   Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 27, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Chad R. Wolfe, Erik J. Kolodziej, 3011 Grey Fox Circle, Bridgeville, PA 15017-3812 |
| cr | + | Peoples Natural Gas Company, LLC, Attn: Dawn Lindner, 225 North Shore Drive, Pittsburgh, PA 15212-5861 |
| 14284756 | + | AES/Chase Bank, P.O. Box 61047, Harrisburg PA 17106-1047 |
| 14211068 | + | Acs/jp Morgan Chase Ba, 501 Bleecker St, Utica, NY 13501-2401 |
| 14211078 | ++ | FOCUS RECEIVABLES MANAGEMENT LLC, 1130 NORTHCHASE PARKWAY STE 150, MARIETTA GA 30067-6429 address filed with court:, Focus Receivables Mana, 1130 Northchase Pkwy Se, Marietta, GA 30067 |
| 14211076 | + | Fed Loan Serv, Pob 60610, Harrisburg, PA 17106-0610 |
| 14211079 | + | Homeprjvisa, Po Box 94498, Las Vegas, NV 89193-4498 |
| 14220390 | + | JPMORGAN CHASE BANK, N.A. On behalf of PHEAA, c/o PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14211080 | + | Mabt/Continental Finance, 960 S Bishop Ave, Rolla, MO 65401-4415 |
| 14211085 | + | Suntrust/greensky/thd, 1797 Ne Expressway, Atlanta, GA 30329-7803 |
| 14245849 | | U. S. Department of Education, c/o FedLoan Servicing, P. O. Box 69184, Harrisburg, PA 17106-9184 |
| 14258804 | | Wells Fargo Bank NA, PO Box 10438, Des Moines IA 50306-0438 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 25 2022 23:49:51 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | | Email/PDF: rmscedi@recoverycorp.com | Mar 25 2022 23:50:07 | Recovery Management Systems Corporation, 25 S.E. Second Avenue, Suite 1120, Miami, FL 33131-1605 |
| cr | + | Email/Text: bncmail@w-legal.com | Mar 25 2022 23:45:00 | Synchrony Bank, c/o Weinstein & Riley, P.S., 2001 Western Ave., Suite #400, Seattle, WA 98121-3132 |
| 14218117 | | Email/Text: ally@ebn.phinsolutions.com | Mar 25 2022 23:45:00 | Ally Financial, PO Box 130424, Roseville, MN 55113-0004 |
| 14211069 | + | Email/Text: ally@ebn.phinsolutions.com | Mar 25 2022 23:45:00 | Ally Financial, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 14227353 | | Email/PDF: ebn_ais@aisinfo.com | Mar 25 2022 23:49:36 | American InfoSource LP as agent for, T Mobile/T-Mobile USA Inc, PO Box 248848, Oklahoma City, OK 73124-8848 |
| 14274209 | | Email/Text: G06041@att.com | Mar 25 2022 23:45:00 | American InfoSource LP as agent for, DIRECTV, LLC, PO Box 5008, Carol Stream, IL 60197-5008 |
| 14211070 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 25 2022 23:49:50 | Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 14265613 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 25 2022 23:45:00 | COMENITY CAPITAL BANK, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14239405 | + | Email/Text: ebnjts@grblaw.com | | |

|  |  |  |  |
|---|---|---|---|
|  |  | Mar 25 2022 23:45:00 | Collier Township, c/o Goehring Rutter & Boehm, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 14211073 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 25 2022 23:45:00 | Comenity Bank/pier 1, 4590 E Broad St, Columbus, OH 43213-1301 |
| 14216501 | + Email/Text: mrdiscen@discover.com | Mar 25 2022 23:45:00 | Discover Bank, Discover Products INC, P.O. Box 3025, New Albany Ohio 43054-3025 |
| 14211074 | + Email/Text: mrdiscen@discover.com | Mar 25 2022 23:45:00 | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 14273301 | + Email/Text: kburkley@bernsteinlaw.com | Mar 25 2022 23:45:00 | Duquesne Light Company, c/o Peter J. Ashcroft,, Bernstein-Burkley, P.C.,, 707 Grant St., Suite 2200, Gulf Tower,, Pittsburgh, PA 15219-1945 |
| 14416234 | Email/Text: ECMCBKNotices@ecmc.org | Mar 25 2022 23:45:00 | ECMC, po box 16408, St. Paul, MN 55116-0408 |
| 14211075 | + Email/Text: bknotice@ercbpo.com | Mar 25 2022 23:45:00 | Enhanced Recovery Co L, 8014 Bayberry Rd, Jacksonville, FL 32256-7412 |
| 14211071 | Email/Text: BNSFN@capitalsvcs.com | Mar 25 2022 23:45:00 | Ccs/first National Ban, 500 East 60th St N, Sioux Falls, SD 57104 |
| 14211077 | + Email/PDF: ais.fpc.ebn@aisinfo.com | Mar 25 2022 23:49:36 | First Premier Bank, 601 S Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 14211072 | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 25 2022 23:49:33 | Chase Auto, Po Box 901003, Ft Worth, TX 76101 |
| 14252831 | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 25 2022 23:50:03 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ1-1191, Phoenix, AZ 85038-9505 |
| 14237057 | + Email/Text: bankruptcydpt@mcmcg.com | Mar 25 2022 23:45:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14211081 | + Email/Text: bankruptcydpt@mcmcg.com | Mar 25 2022 23:45:00 | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2709 |
| 14278448 | + Email/Text: BKEBN-Notifications@ocwen.com | Mar 25 2022 23:45:00 | PHH MORTGAGE CORPORATION, ONE MORTGAGE WAY, MAIL STOP SVO1, MOUNT LAUREL, NJ 08054-4637 |
| 14658493 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 25 2022 23:49:36 | Portfolio Recovery Associates, LLC, PO BOX 41067, Norfolk, VA 23541 |
| 14278205 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 25 2022 23:49:52 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14211082 | + Email/PDF: ebnotices@pnmac.com | Mar 25 2022 23:49:52 | Pennymac Loan Services, 6101 Condor Dr, Moorpark, CA 93021-2602 |
| 14211083 | + Email/PDF: resurgentbknotifications@resurgent.com | Mar 25 2022 23:49:52 | Pinnacle Credit Servic, Po Box 640, Hopkins, MN 55343-0640 |
| 14211084 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 25 2022 23:49:36 | Portfolio Recovery Ass, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 14213549 | Email/PDF: rmscedi@recoverycorp.com | Mar 25 2022 23:50:07 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14952621 | + Email/Text: bncmail@w-legal.com | Mar 25 2022 23:45:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 14211086 | + Email/PDF: gecsedi@recoverycorp.com | Mar 25 2022 23:50:04 | Syncb/amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 14211087 | + Email/PDF: gecsedi@recoverycorp.com | Mar 25 2022 23:49:48 | Syncb/care Credit, 950 Forrer Blvd, Kettering, OH 45420-1469 |
| 14211088 | + Email/PDF: gecsedi@recoverycorp.com | Mar 25 2022 23:49:49 | Syncb/home Design-hi-p, C/o Po Box 965036, Orlando, FL 32896-0001 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14211089 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 25 2022 23:50:04 | Syncb/sams Club, Po Box 965005, Orlando, FL 32896-5005 |
| 14211090 | | Email/PDF: gecsedi@recoverycorp.com | Mar 25 2022 23:49:34 | Syncb/walmart, Po Box 965024, El Paso, TX 79998 |
| 14274323 | | Email/PDF: gecsedi@recoverycorp.com | Mar 25 2022 23:50:04 | Synchrony Bank, c/o Recovery Management Systems Corp, 25 SE 2nd Ave Suite 1120, Miami FL 33131-1605 |
| 14211091 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 25 2022 23:49:52 | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14791224 | | Email/PDF: bncnotices@becket-lee.com | Mar 25 2022 23:49:49 | eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262 |

TOTAL: 38

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Collier Township |
| cr | | Duquesne Light Company |
| cr | | Pennymac Loan Services, LLC |
| cr | * | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| cr | * | eCAST Settlement Corporation, PO Box 29262, New York, NY 10087-9262 |
| 14286111 | *+ | AES/Chase Bank, P.O. Box 61047, Harrisburg PA 17106-1047 |

TOTAL: 3 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 27, 2022          Signature:          /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 25, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew M. Lubin | on behalf of Creditor Pennymac Loan Services LLC alubin@milsteadlaw.com, bkecf@milsteadlaw.com |
| Jeffrey R. Hunt | on behalf of Creditor Collier Township jhunt@grblaw.com |
| Joseph A. Dessoye | on behalf of Creditor Pennymac Loan Services LLC pawb@fedphe.com |
| Joseph P. Schalk | on behalf of Creditor Pennymac Loan Services LLC jschalk@barley.com, sromig@barley.com |
| Maria Miksich | on behalf of Creditor Pennymac Loan Services LLC mmiksich@kmllawgroup.com |

| District/off: 0315-2 | User: auto | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Mar 25, 2022 | Form ID: 604 | Total Noticed: 50 |

Office of the United States Trustee
  ustpregion03.pi.ecf@usdoj.gov

Peter J. Ashcroft
  on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com
  ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Ronda J. Winnecour
  cmecf@chapter13trusteewdpa.com

S. James Wallace
  on behalf of Creditor Peoples Natural Gas Company  LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com

Shawn N. Wright
  on behalf of Joint Debtor Erik J. Kolodziej shawn@shawnwrightlaw.com
  wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com

Shawn N. Wright
  on behalf of Debtor Chad R. Wolfe shawn@shawnwrightlaw.com
  wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com

Thomas Song
  on behalf of Creditor Pennymac Loan Services  LLC pawb@fedphe.com


TOTAL: 12