**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>CHAD R. WOLFE<br>ERIK J. KOLODZIEJ<br>       Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>       Movant<br>    vs.<br>No Respondents. | Case No.:16-21367<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

March 25, 2022

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 04/10/2016 and confirmed on 6/13/16 . The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 277,607.00 |
| Less Refunds to Debtor | 2,405.62 | |
| TOTAL AMOUNT OF PLAN FUND | | 275,201.38 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 4,675.00 | |
|   Trustee Fee | 12,467.32 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 17,142.32 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   PENNYMAC LOAN SERVICES LLC | 0.00 | 146,111.29 | 0.00 | 146,111.29 |
|     Acct: 2255 | | | | |
|   PENNYMAC LOAN SERVICES LLC | 5,093.34 | 5,093.34 | 0.00 | 5,093.34 |
|     Acct: 2255 | | | | |
|   COLLIER TOWNSHIP (SWG) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: H215 | | | | |
|   COLLIER TOWNSHIP (SWG) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: H215 | | | | |
|   PRA RECEIVABLES MANAGEMENT LLC - A | 26,833.10 | 26,833.10 | 3,550.94 | 30,384.04 |
|     Acct: 3329 | | | | |
|   JPMORGAN CHASE BANK NA | 22,136.06 | 22,136.06 | 3,158.37 | 25,294.43 |
|     Acct: 2500 | | | | |
|   PHH MORTGAGE CORP(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2540 | | | | |
| | | | | 206,883.10 |
| **Priority** | | | | |
|   SHAWN N WRIGHT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CHAD R. WOLFE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CHAD R. WOLFE | 2,405.62 | 2,405.62 | 0.00 | 0.00 |
|     Acct: | | | | |
|   SHAWN N WRIGHT ESQ | 4,000.00 | 4,000.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   SHAWN N WRIGHT ESQ | 675.00 | 675.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXXXXXXX0-21 | | | | |
|   RONDA J WINNECOUR TRUSTEE/CLERK | 7,000.00 | 7,000.00 | 0.00 | 7,000.00 |
|     Acct: XXXXXXXXXBANK | | | | |
| | | | | 7,000.00 |
| **Unsecured** | | | | |
|   ECMC(*) | 0.00 | 12,376.00 | 0.00 | 12,376.00 |
|     Acct: 5431 | | | | |
|   US DEPARTMENT OF EDUCATION | 0.00 | 13,600.00 | 0.00 | 13,600.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 7013 | | | | |
|   AES/CHASE BANK** | 0.00 | 6,600.00 | 0.00 | 6,600.00 |
| Acct: XXXXX5431 | | | | |
|   DUQUESNE LIGHT COMPANY* | 386.77 | 94.23 | 0.00 | 94.23 |
| Acct: 5431 | | | | |
|   ECAST SETTLEMENT CORP | 6,273.36 | 1,528.44 | 0.00 | 1,528.44 |
| Acct: 2118 | | | | |
|   CAPITAL ONE** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9969 | | | | |
|   FNCC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6829 | | | | |
|   COMENITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4951 | | | | |
|   DISCOVER BANK(*) | 13,227.69 | 3,222.79 | 0.00 | 3,222.79 |
| Acct: 7441 | | | | |
|   ENHANCED RECOVERY COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4504 | | | | |
|   FIRST PREMIER BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3400 | | | | |
|   AMERICAN INFOSOURCE LP - AGENT DIR | 550.47 | 134.12 | 0.00 | 134.12 |
| Acct: 2759 | | | | |
|   WELLS FARGO FINANCIAL NATIONAL BAN | 954.00 | 232.43 | 0.00 | 232.43 |
| Acct: 6857 | | | | |
|   MABT++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7624 | | | | |
|   MIDLAND FUNDING LLC | 3,508.09 | 854.71 | 0.00 | 854.71 |
| Acct: 4859 | | | | |
|   MIDLAND FUNDING LLC | 4,450.40 | 1,084.30 | 0.00 | 1,084.30 |
| Acct: 8525 | | | | |
|   MIDLAND FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0978 | | | | |
|   MIDLAND FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2833 | | | | |
|   MIDLAND FUNDING LLC | 5,288.74 | 1,288.55 | 0.00 | 1,288.55 |
| Acct: 3757 | | | | |
|   PINNACLE CREDIT SERVICES LLC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2549 | | | | |
|   PRA AG FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6525 | | | | |
|   PRA AG FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6621 | | | | |
|   SUNTRUST BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9834 | | | | |
|   SYNCHRONY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2945 | | | | |
|   MIDLAND FUNDING LLC | 1,325.40 | 322.92 | 0.00 | 322.92 |
| Acct: 2796 | | | | |
|   MIDLAND FUNDING LLC | 2,958.31 | 720.76 | 0.00 | 720.76 |
| Acct: 5090 | | | | |
|   MIDLAND FUNDING LLC | 456.61 | 111.25 | 0.00 | 111.25 |
| Acct: 4114 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, LL | 774.64 | 188.73 | 0.00 | 188.73 |
| Acct: 5194 | | | | |
|   AMERICAN INFOSOURCE LP AGENT FOR | 4,518.51 | 1,100.89 | 0.00 | 1,100.89 |
| Acct: 1961 | | | | |
|   BILL ME LATER INC A/S/F SYNCHRONY BA | 2,938.10 | 715.84 | 0.00 | 715.84 |
| Acct: 3984 | | | | |
|   JPMORGAN CHASE BANK NA O/B/O PHEA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |

16-21367                                                                                          Page 3 of 3

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| Unsecured | | | | | |
| Acct: | JEFFREY R HUNT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | | 44,175.96 |

| TOTAL PAID TO CREDITORS | | | | | 258,059.06 |
|---|---|---|---|---|---|

TOTAL CLAIMED
PRIORITY          7,000.00
SECURED          54,062.50
UNSECURED       47,611.09

Date: 03/25/2022

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
CHAD R. WOLFE
ERIK J. KOLODZIEJ
    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:16-21367

Chapter 13

Document No.:

## ORDER OF COURT

AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Chad R. Wolfe  
Erik J. Kolodziej  
    Debtors

Case No. 16-21367-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 4  
Date Rcvd: Mar 25, 2022     Form ID: pdf900     Total Noticed: 50

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 27, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Chad R. Wolfe, Erik J. Kolodziej, 3011 Grey Fox Circle, Bridgeville, PA 15017-3812 |
| cr | + | Peoples Natural Gas Company, LLC, Attn: Dawn Lindner, 225 North Shore Drive, Pittsburgh, PA 15212-5861 |
| 14284756 | + | AES/Chase Bank, P.O. Box 61047, Harrisburg PA 17106-1047 |
| 14211068 | + | Acs/jp Morgan Chase Ba, 501 Bleecker St, Utica, NY 13501-2401 |
| 14211078 | ++ | FOCUS RECEIVABLES MANAGEMENT LLC, 1130 NORTHCHASE PARKWAY STE 150, MARIETTA GA 30067-6429 address filed with court:, Focus Receivables Mana, 1130 Northchase Pkwy Se, Marietta, GA 30067 |
| 14211076 | + | Fed Loan Serv, Pob 60610, Harrisburg, PA 17106-0610 |
| 14211079 | + | Homeprjvisa, Po Box 94498, Las Vegas, NV 89193-4498 |
| 14220390 | + | JPMORGAN CHASE BANK, N.A. On behalf of PHEAA, c/o PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14211080 | + | Mabt/Continental Finance, 960 S Bishop Ave, Rolla, MO 65401-4415 |
| 14211085 | + | Suntrust/greensky/thd, 1797 Ne Expressway, Atlanta, GA 30329-7803 |
| 14245849 | | U. S. Department of Education, c/o FedLoan Servicing, P. O. Box 69184, Harrisburg, PA 17106-9184 |
| 14258804 | | Wells Fargo Bank NA, PO Box 10438, Des Moines IA 50306-0438 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 25 2022 23:49:36 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | | Email/PDF: rmscedi@recoverycorp.com | Mar 25 2022 23:49:52 | Recovery Management Systems Corporation, 25 S.E. Second Avenue, Suite 1120, Miami, FL 33131-1605 |
| cr | + | Email/Text: bncmail@w-legal.com | Mar 25 2022 23:45:00 | Synchrony Bank, c/o Weinstein & Riley, P.S., 2001 Western Ave., Suite #400, Seattle, WA 98121-3132 |
| 14218117 | | Email/Text: ally@ebn.phinsolutions.com | Mar 25 2022 23:45:00 | Ally Financial, PO Box 130424, Roseville, MN 55113-0004 |
| 14211069 | + | Email/Text: ally@ebn.phinsolutions.com | Mar 25 2022 23:45:00 | Ally Financial, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 14227353 | | Email/PDF: ebn_ais@aisinfo.com | Mar 25 2022 23:50:07 | American InfoSource LP as agent for, T Mobile/T-Mobile USA Inc, PO Box 248848, Oklahoma City, OK 73124-8848 |
| 14274209 | | Email/Text: G06041@att.com | Mar 25 2022 23:45:00 | American InfoSource LP as agent for, DIRECTV, LLC, PO Box 5008, Carol Stream, IL 60197-5008 |
| 14211070 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 25 2022 23:49:34 | Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 14265613 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 25 2022 23:45:00 | COMENITY CAPITAL BANK, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14239405 | + | Email/Text: ebnjts@grblaw.com | | |

|          |                                                       | Mar 25 2022 23:45:00 | Collier Township, c/o Goehring Rutter & Boehm, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 14211073 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM          | Mar 25 2022 23:45:00 | Comenity Bank/pier 1, 4590 E Broad St, Columbus, OH 43213-1301 |
| 14216501 | + Email/Text: mrdiscen@discover.com                   | Mar 25 2022 23:45:00 | Discover Bank, Discover Products INC, P.O. Box 3025, New Albany Ohio 43054-3025 |
| 14211074 | + Email/Text: mrdiscen@discover.com                   | Mar 25 2022 23:45:00 | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 14273301 | + Email/Text: kburkley@bernsteinlaw.com               | Mar 25 2022 23:45:00 | Duquesne Light Company, c/o Peter J. Ashcroft,, Bernstein-Burkley, P.C.,, 707 Grant St., Suite 2200, Gulf Tower,, Pittsburgh, PA 15219-1945 |
| 14416234 |   Email/Text: ECMCBKNotices@ecmc.org                  | Mar 25 2022 23:45:00 | ECMC, po box 16408, St. Paul, MN 55116-0408 |
| 14211075 | + Email/Text: bknotice@ercbpo.com                     | Mar 25 2022 23:45:00 | Enhanced Recovery Co L, 8014 Bayberry Rd, Jacksonville, FL 32256-7412 |
| 14211071 |   Email/Text: BNSFN@capitalsvcs.com                   | Mar 25 2022 23:45:00 | Ccs/first National Ban, 500 East 60th St N, Sioux Falls, SD 57104 |
| 14211077 | + Email/PDF: ais.fpc.ebn@aisinfo.com                  | Mar 25 2022 23:49:51 | First Premier Bank, 601 S Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 14211072 |   Email/PDF: ais.chase.ebn@aisinfo.com                | Mar 25 2022 23:50:04 | Chase Auto, Po Box 901003, Ft Worth, TX 76101 |
| 14252831 |   Email/PDF: ais.chase.ebn@aisinfo.com                | Mar 25 2022 23:49:48 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ1-1191, Phoenix, AZ 85038-9505 |
| 14237057 | + Email/Text: bankruptcydpt@mcmcg.com                 | Mar 25 2022 23:45:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14211081 | + Email/Text: bankruptcydpt@mcmcg.com                 | Mar 25 2022 23:45:00 | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2709 |
| 14278448 | + Email/Text: BKEBN-Notifications@ocwen.com           | Mar 25 2022 23:45:00 | PHH MORTGAGE CORPORATION, ONE MORTGAGE WAY, MAIL STOP SVO1, MOUNT LAUREL, NJ 08054-4637 |
| 14658493 |   Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com| Mar 25 2022 23:50:07 | Portfolio Recovery Associates, LLC, PO BOX 41067, Norfolk, VA 23541 |
| 14278205 |   Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com| Mar 25 2022 23:49:37 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14211082 | + Email/PDF: ebnotices@pnmac.com                      | Mar 25 2022 23:49:37 | Pennymac Loan Services, 6101 Condor Dr, Moorpark, CA 93021-2602 |
| 14211083 | + Email/PDF: resurgentbknotifications@resurgent.com   | Mar 25 2022 23:49:52 | Pinnacle Credit Servic, Po Box 640, Hopkins, MN 55343-0640 |
| 14211084 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com| Mar 25 2022 23:49:52 | Portfolio Recovery Ass, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 14213549 |   Email/PDF: rmscedi@recoverycorp.com                 | Mar 25 2022 23:49:36 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14952621 | + Email/Text: bncmail@w-legal.com                     | Mar 25 2022 23:45:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 14211086 | + Email/PDF: gecsedi@recoverycorp.com                 | Mar 25 2022 23:50:04 | Syncb/amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 14211087 | + Email/PDF: gecsedi@recoverycorp.com                 | Mar 25 2022 23:50:04 | Syncb/care Credit, 950 Forrer Blvd, Kettering, OH 45420-1469 |
| 14211088 | + Email/PDF: gecsedi@recoverycorp.com                 | Mar 25 2022 23:50:04 | Syncb/home Design-hi-p, C/o Po Box 965036, Orlando, FL 32896-0001 |

Case 16-21367-GLT    Doc 120    Filed 03/27/22    Entered 03/28/22 00:22:37    Desc
Imaged Certificate of Notice    Page 8 of 9

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Mar 25, 2022 | Form ID: pdf900 | Total Noticed: 50 |

| 14211089 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| --- | --- | --- | --- | --- |
| | | | Mar 25 2022 23:49:49 | Syncb/sams Club, Po Box 965005, Orlando, FL 32896-5005 |
| 14211090 | | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Mar 25 2022 23:49:36 | Syncb/walmart, Po Box 965024, El Paso, TX 79998 |
| 14274323 | | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Mar 25 2022 23:50:05 | Synchrony Bank, c/o Recovery Management Systems Corp, 25 SE 2nd Ave Suite 1120, Miami FL 33131-1605 |
| 14211091 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Mar 25 2022 23:49:52 | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14791224 | | Email/PDF: bncnotices@becket-lee.com | | |
| | | | Mar 25 2022 23:49:50 | eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262 |

TOTAL: 38

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | | Collier Township |
| cr | | Duquesne Light Company |
| cr | | Pennymac Loan Services, LLC |
| cr | * | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| cr | * | eCAST Settlement Corporation, PO Box 29262, New York, NY 10087-9262 |
| 14286111 | *+ | AES/Chase Bank, P.O. Box 61047, Harrisburg PA 17106-1047 |

TOTAL: 3 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 27, 2022      Signature:      /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 25, 2022 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Andrew M. Lubin | on behalf of Creditor Pennymac Loan Services  LLC alubin@milsteadlaw.com, bkecf@milsteadlaw.com |
| Jeffrey R. Hunt | on behalf of Creditor Collier Township jhunt@grblaw.com |
| Joseph A. Dessoye | on behalf of Creditor Pennymac Loan Services  LLC pawb@fedphe.com |
| Joseph P. Schalk | on behalf of Creditor Pennymac Loan Services  LLC jschalk@barley.com, sromig@barley.com |
| Maria Miksich | on behalf of Creditor Pennymac Loan Services  LLC mmiksich@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 4 of 4 |
| Date Rcvd: Mar 25, 2022 | Form ID: pdf900 | Total Noticed: 50 |

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Peter J. Ashcroft
    on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com
    ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company  LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com

Shawn N. Wright
    on behalf of Joint Debtor Erik J. Kolodziej shawn@shawnwrightlaw.com
    wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com

Shawn N. Wright
    on behalf of Debtor Chad R. Wolfe shawn@shawnwrightlaw.com
    wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com

Thomas Song
    on behalf of Creditor Pennymac Loan Services  LLC pawb@fedphe.com


TOTAL: 12