**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Chad R. Wolfe<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–7013<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Erik J. Kolodziej<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–5431<br>EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA

Case number:   16–21367–GLT

# Order of Discharge                                                                                     12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Chad R. Wolfe                                        Erik J. Kolodziej

_5/10/22_                                         **By the court:** Gregory L. Taddonio
                                                     United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W				**Chapter 13 Discharge**				page 2

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Chad R. Wolfe  
Erik J. Kolodziej  
    Debtors

Case No. 16-21367-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 4 |
|---|---|---|
| Date Rcvd: May 10, 2022 | Form ID: 3180W | Total Noticed: 52 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 12, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Chad R. Wolfe, Erik J. Kolodziej, 3011 Grey Fox Circle, Bridgeville, PA 15017-3812 |
| cr | + | Peoples Natural Gas Company, LLC, Attn: Dawn Lindner, 225 North Shore Drive, Pittsburgh, PA 15212-5861 |
| 14211068 | + | Acs/jp Morgan Chase Ba, 501 Bleecker St, Utica, NY 13501-2401 |
| 14211078 | ++ | FOCUS RECEIVABLES MANAGEMENT LLC, 1130 NORTHCHASE PARKWAY STE 150, MARIETTA GA 30067-6429 address filed with court:, Focus Receivables Mana, 1130 Northchase Pkwy Se, Marietta, GA 30067 |
| 14211080 | + | Mabt/Continental Finance, 960 S Bishop Ave, Rolla, MO 65401-4415 |
| 14211085 | + | Suntrust/greensky/thd, 1797 Ne Expressway, Atlanta, GA 30329-7803 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | May 11 2022 03:43:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 10 2022 23:45:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | May 11 2022 03:43:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 10 2022 23:45:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: PRA.COM | May 11 2022 03:43:00 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | | EDI: RECOVERYCORP.COM | May 11 2022 03:43:00 | Recovery Management Systems Corporation, 25 S.E. Second Avenue, Suite 1120, Miami, FL 33131-1605 |
| cr | + | Email/Text: bncmail@w-legal.com | May 10 2022 23:45:00 | Synchrony Bank, c/o Weinstein & Riley, P.S., 2001 Western Ave., Suite #400, Seattle, WA 98121-3132 |
| 14284756 | + | Email/Text: bncnotifications@pheaa.org | May 10 2022 23:45:00 | AES/Chase Bank, P.O. Box 61047, Harrisburg PA 17106-1047 |
| 14218117 | | EDI: GMACFS.COM | May 11 2022 03:43:00 | Ally Financial, PO Box 130424, Roseville, MN 55113-0004 |
| 14211069 | + | EDI: GMACFS.COM | May 11 2022 03:43:00 | Ally Financial, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 14227353 | | EDI: AIS.COM | | |

Case 16-21367-GLT   Doc 124   Filed 05/12/22   Entered 05/13/22 00:25:30   Desc
Imaged Certificate of Notice   Page 4 of 6

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: May 10, 2022 | Form ID: 3180W | Total Noticed: 52 |

| | | | | |
|---|---|---|---|---|
| | | | May 11 2022 03:43:00 | American InfoSource LP as agent for, T Mobile/T-Mobile USA Inc, PO Box 248848, Oklahoma City, OK 73124-8848 |
| 14274209 | | EDI: DIRECTV.COM | May 11 2022 03:43:00 | American InfoSource LP as agent for, DIRECTV, LLC, PO Box 5008, Carol Stream, IL 60197-5008 |
| 14211070 | | EDI: CAPITALONE.COM | May 11 2022 03:43:00 | Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 14265613 | + | EDI: WFNNB.COM | May 11 2022 03:43:00 | COMENITY CAPITAL BANK, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14239405 | + | Email/Text: ebnjts@grblaw.com | May 10 2022 23:45:00 | Collier Township, c/o Goehring Rutter & Boehm, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 14211073 | + | EDI: WFNNB.COM | May 11 2022 03:43:00 | Comenity Bank/pier 1, 4590 E Broad St, Columbus, OH 43213-1301 |
| 14216501 | + | EDI: DISCOVER.COM | May 11 2022 03:43:00 | Discover Bank, Discover Products INC, P.O. Box 3025, New Albany Ohio 43054-3025 |
| 14211074 | + | EDI: DISCOVER.COM | May 11 2022 03:43:00 | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 14273301 | + | Email/Text: kburkley@bernsteinlaw.com | May 10 2022 23:45:00 | Duquesne Light Company, c/o Peter J. Ashcroft,, Bernstein-Burkley, P.C.,, 707 Grant St., Suite 2200, Gulf Tower,, Pittsburgh, PA 15219-1945 |
| 14416234 | | Email/Text: ECMCBKNotices@ecmc.org | May 10 2022 23:45:00 | ECMC, po box 16408, St. Paul, MN 55116-0408 |
| 14211075 | + | Email/Text: bknotice@ercbpo.com | May 10 2022 23:45:00 | Enhanced Recovery Co L, 8014 Bayberry Rd, Jacksonville, FL 32256-7412 |
| 14211071 | | Email/Text: BNSFN@capitalsvcs.com | May 10 2022 23:45:00 | Ccs/first National Ban, 500 East 60th St N, Sioux Falls, SD 57104 |
| 14211076 | + | Email/Text: bncnotifications@pheaa.org | May 10 2022 23:45:00 | Fed Loan Serv, Pob 60610, Harrisburg, PA 17106-0610 |
| 14211077 | + | EDI: AMINFOFP.COM | May 11 2022 03:43:00 | First Premier Bank, 601 S Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 14211079 | + | EDI: WFFC.COM | May 11 2022 03:43:00 | Homeprjvisa, Po Box 94498, Las Vegas, NV 89193-4498 |
| 14211072 | | EDI: JPMORGANCHASE | May 11 2022 03:43:00 | Chase Auto, Po Box 901003, Ft Worth, TX 76101 |
| 14252831 | | EDI: JPMORGANCHASE | May 11 2022 03:43:00 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ1-1191, Phoenix, AZ 85038-9505 |
| 14220390 | + | Email/Text: bncnotifications@pheaa.org | May 10 2022 23:45:00 | JPMORGAN CHASE BANK, N.A. On behalf of PHEAA, c/o PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14237057 | + | Email/Text: bankruptcydpt@mcmcg.com | May 10 2022 23:45:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14211081 | + | Email/Text: bankruptcydpt@mcmcg.com | May 10 2022 23:45:00 | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2710 |
| 14278448 | + | EDI: LCIPHHMRGT | May 11 2022 03:43:00 | PHH MORTGAGE CORPORATION, ONE MORTGAGE WAY, MAIL STOP SVO1, MOUNT LAUREL, NJ 08054-4637 |
| 14658493 | | EDI: PRA.COM | May 11 2022 03:43:00 | Portfolio Recovery Associates, LLC, PO BOX 41067, Norfolk, VA 23541 |
| 14278205 | | EDI: PRA.COM | May 11 2022 03:43:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14211082 | + | Email/PDF: ebnotices@pnmac.com | May 10 2022 23:52:42 | Pennymac Loan Services, 6101 Condor Dr, Moorpark, CA 93021-2602 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14211083 | + | Email/PDF: resurgentbknotifications@resurgent.com May 10 2022 23:52:31 | | Pinnacle Credit Servic, Po Box 640, Hopkins, MN 55343-0640 |
| 14211084 | + | EDI: PRA.COM | May 11 2022 03:43:00 | Portfolio Recovery Ass, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 14213549 | | EDI: RECOVERYCORP.COM | May 11 2022 03:43:00 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14952621 | + | Email/Text: bncmail@w-legal.com | May 10 2022 23:45:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 14211086 | + | EDI: RMSC.COM | May 11 2022 03:43:00 | Syncb/amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 14211087 | + | EDI: RMSC.COM | May 11 2022 03:43:00 | Syncb/care Credit, 950 Forrer Blvd, Kettering, OH 45420-1469 |
| 14211088 | + | EDI: RMSC.COM | May 11 2022 03:43:00 | Syncb/home Design-hi-p, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14211089 | + | EDI: RMSC.COM | May 11 2022 03:43:00 | Syncb/sams Club, Po Box 965005, Orlando, FL 32896-5005 |
| 14211090 | | EDI: RMSC.COM | May 11 2022 03:43:00 | Syncb/walmart, Po Box 965024, El Paso, TX 79998 |
| 14274323 | | EDI: RMSC.COM | May 11 2022 03:43:00 | Synchrony Bank, c/o Recovery Management Systems Corp, 25 SE 2nd Ave Suite 1120, Miami FL 33131-1605 |
| 14211091 | + | EDI: CITICORP.COM | May 11 2022 03:43:00 | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14245849 | | Email/Text: bncnotifications@pheaa.org | May 10 2022 23:45:00 | U. S. Department of Education, c/o FedLoan Servicing, P. O. Box 69184, Harrisburg, PA 17106-9184 |
| 14258804 | | EDI: WFFC.COM | May 11 2022 03:43:00 | Wells Fargo Bank NA, PO Box 10438, Des Moines IA 50306-0438 |
| 14791224 | | Email/PDF: bncnotices@becket-lee.com | May 10 2022 23:52:35 | eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262 |

TOTAL: 48

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Collier Township |
| cr | | Duquesne Light Company |
| cr | | Pennymac Loan Services, LLC |
| cr | * | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| cr | * | eCAST Settlement Corporation, PO Box 29262, New York, NY 10087-9262 |
| 14286111 | *+ | AES/Chase Bank, P.O. Box 61047, Harrisburg PA 17106-1047 |

TOTAL: 3 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

| District/off: 0315-2 | User: auto | Page 4 of 4 |
|---|---|---|
| Date Rcvd: May 10, 2022 | Form ID: 3180W | Total Noticed: 52 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 12, 2022          Signature:       /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 10, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew M. Lubin | on behalf of Creditor Pennymac Loan Services LLC alubin@milsteadlaw.com, bkecf@milsteadlaw.com |
| Jeffrey R. Hunt | on behalf of Creditor Collier Township jhunt@grblaw.com |
| Joseph A. Dessoye | on behalf of Creditor Pennymac Loan Services LLC pawb@fedphe.com |
| Joseph P. Schalk | on behalf of Creditor Pennymac Loan Services LLC jschalk@barley.com, sromig@barley.com |
| Maria Miksich | on behalf of Creditor Pennymac Loan Services LLC mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Peter J. Ashcroft | on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com |
| Shawn N. Wright | on behalf of Joint Debtor Erik J. Kolodziej shawn@shawnwrightlaw.com wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com |
| Shawn N. Wright | on behalf of Debtor Chad R. Wolfe shawn@shawnwrightlaw.com wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com |
| Thomas Song | on behalf of Creditor Pennymac Loan Services LLC pawb@fedphe.com |

TOTAL: 12