IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

FILED
5/10/22 9:54 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
CHAD R. WOLFE
ERIK J. KOLODZIEJ
        Debtor(s)

Ronda J. Winnecour
        Movant
    vs.
No Repondents.

Case No.:16-21367

Chapter 13

Related to Docket No. 117

ORDER OF COURT

AND NOW, this _____10th Day of May, 2022_____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE
drb

ENTERED BY DEFAULT

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-21367-GLT |
| Chad R. Wolfe | Chapter 13 |
| Erik J. Kolodziej | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: May 10, 2022 | Form ID: pdf900 | Total Noticed: 50 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 12, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Chad R. Wolfe, Erik J. Kolodziej, 3011 Grey Fox Circle, Bridgeville, PA 15017-3812 |
| cr | + | Peoples Natural Gas Company, LLC, Attn: Dawn Lindner, 225 North Shore Drive, Pittsburgh, PA 15212-5861 |
| 14211068 | + | Acs/jp Morgan Chase Ba, 501 Bleecker St, Utica, NY 13501-2401 |
| 14211078 | ++ | FOCUS RECEIVABLES MANAGEMENT LLC, 1130 NORTHCHASE PARKWAY STE 150, MARIETTA GA 30067-6429 address filed with court:, Focus Receivables Mana, 1130 Northchase Pkwy Se, Marietta, GA 30067 |
| 14211079 | + | Homeprjvisa, Po Box 94498, Las Vegas, NV 89193-4498 |
| 14211080 | + | Mabt/Continental Finance, 960 S Bishop Ave, Rolla, MO 65401-4415 |
| 14211085 | + | Suntrust/greensky/thd, 1797 Ne Expressway, Atlanta, GA 30329-7803 |
| 14258804 | | Wells Fargo Bank NA, PO Box 10438, Des Moines IA 50306-0438 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 10 2022 23:52:31 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | | Email/PDF: rmscedi@recoverycorp.com | May 10 2022 23:52:31 | Recovery Management Systems Corporation, 25 S.E. Second Avenue, Suite 1120, Miami, FL 33131-1605 |
| cr | + | Email/Text: bncmail@w-legal.com | May 10 2022 23:45:00 | Synchrony Bank, c/o Weinstein & Riley, P.S., 2001 Western Ave., Suite #400, Seattle, WA 98121-3132 |
| 14284756 | + | Email/Text: bncnotifications@pheaa.org | May 10 2022 23:45:00 | AES/Chase Bank, P.O. Box 61047, Harrisburg PA 17106-1047 |
| 14218117 | | Email/Text: ally@ebn.phinsolutions.com | May 10 2022 23:44:00 | Ally Financial, PO Box 130424, Roseville, MN 55113-0004 |
| 14211069 | + | Email/Text: ally@ebn.phinsolutions.com | May 10 2022 23:44:00 | Ally Financial, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 14227353 | | Email/PDF: ebn_ais@aisinfo.com | May 10 2022 23:52:40 | American InfoSource LP as agent for, T Mobile/T-Mobile USA Inc, PO Box 248848, Oklahoma City, OK 73124-8848 |
| 14274209 | | Email/Text: G06041@att.com | May 10 2022 23:45:00 | American InfoSource LP as agent for, DIRECTV, LLC, PO Box 5008, Carol Stream, IL 60197-5008 |
| 14211070 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 10 2022 23:52:35 | Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 14265613 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 10 2022 23:45:00 | COMENITY CAPITAL BANK, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14239405 | + | Email/Text: ebnjts@grblaw.com | May 10 2022 23:45:00 | Collier Township, c/o Goehring Rutter & Boehm, 437 Grant Street, 14th Floor, Pittsburgh, PA |

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: May 10, 2022 | Form ID: pdf900 | Total Noticed: 50 |

| | | | | |
|---|---|---|---|---|
| 14211073 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | 15219-6101 |
| | | | May 10 2022 23:45:00 | Comenity Bank/pier 1, 4590 E Broad St, Columbus, OH 43213-1301 |
| 14216501 | + | Email/Text: mrdiscen@discover.com | May 10 2022 23:44:00 | Discover Bank, Discover Products INC, P.O. Box 3025, New Albany Ohio 43054-3025 |
| 14211074 | + | Email/Text: mrdiscen@discover.com | May 10 2022 23:44:00 | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 14273301 | + | Email/Text: kburkley@bernsteinlaw.com | May 10 2022 23:45:00 | Duquesne Light Company, c/o Peter J. Ashcroft,, Bernstein-Burkley, P.C.,, 707 Grant St., Suite 2200, Gulf Tower,, Pittsburgh, PA 15219-1945 |
| 14416234 | | Email/Text: ECMCBKNotices@ecmc.org | May 10 2022 23:45:00 | ECMC, po box 16408, St. Paul, MN 55116-0408 |
| 14211075 | + | Email/Text: bknotice@ercbpo.com | May 10 2022 23:45:00 | Enhanced Recovery Co L, 8014 Bayberry Rd, Jacksonville, FL 32256-7412 |
| 14211071 | | Email/Text: BNSFN@capitalsvcs.com | May 10 2022 23:45:00 | Ccs/first National Ban, 500 East 60th St N, Sioux Falls, SD 57104 |
| 14211076 | + | Email/Text: bncnotifications@pheaa.org | May 10 2022 23:45:00 | Fed Loan Serv, Pob 60610, Harrisburg, PA 17106-0610 |
| 14211077 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | May 10 2022 23:52:40 | First Premier Bank, 601 S Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 14211072 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 10 2022 23:52:39 | Chase Auto, Po Box 901003, Ft Worth, TX 76101 |
| 14252831 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 10 2022 23:52:34 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ1-1191, Phoenix, AZ 85038-9505 |
| 14220390 | + | Email/Text: bncnotifications@pheaa.org | May 10 2022 23:45:00 | JPMORGAN CHASE BANK, N.A. On behalf of PHEAA, c/o PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14237057 | + | Email/Text: bankruptcydpt@mcmcg.com | May 10 2022 23:45:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14211081 | + | Email/Text: bankruptcydpt@mcmcg.com | May 10 2022 23:45:00 | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2710 |
| 14278448 | + | Email/Text: BKEBN-Notifications@ocwen.com | May 10 2022 23:45:00 | PHH MORTGAGE CORPORATION, ONE MORTGAGE WAY, MAIL STOP SVO1, MOUNT LAUREL, NJ 08054-4637 |
| 14658493 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 10 2022 23:52:31 | Portfolio Recovery Associates, LLC, PO BOX 41067, Norfolk, VA 23541 |
| 14278205 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 10 2022 23:52:36 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14211082 | + | Email/PDF: ebnotices@pnmac.com | May 10 2022 23:52:31 | Pennymac Loan Services, 6101 Condor Dr, Moorpark, CA 93021-2602 |
| 14211083 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 10 2022 23:52:32 | Pinnacle Credit Servic, Po Box 640, Hopkins, MN 55343-0640 |
| 14211084 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 10 2022 23:52:41 | Portfolio Recovery Ass, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 14213549 | | Email/PDF: rmscedi@recoverycorp.com | May 10 2022 23:52:40 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14952621 | + | Email/Text: bncmail@w-legal.com | May 10 2022 23:45:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 14211086 | + | Email/PDF: gecsedi@recoverycorp.com | May 10 2022 23:52:39 | Syncb/amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 14211087 | + | Email/PDF: gecsedi@recoverycorp.com | | |

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: May 10, 2022 | Form ID: pdf900 | Total Noticed: 50 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | May 10 2022 23:52:34 | Syncb/care Credit, 950 Forrer Blvd, Kettering, OH 45420-1469 |
| 14211088 | + | Email/PDF: gecsedi@recoverycorp.com | May 10 2022 23:52:39 | Syncb/home Design-hi-p, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14211089 | + | Email/PDF: gecsedi@recoverycorp.com | May 10 2022 23:52:39 | Syncb/sams Club, Po Box 965005, Orlando, FL 32896-5005 |
| 14211090 | | Email/PDF: gecsedi@recoverycorp.com | May 10 2022 23:52:39 | Syncb/walmart, Po Box 965024, El Paso, TX 79998 |
| 14274323 | | Email/PDF: gecsedi@recoverycorp.com | May 10 2022 23:52:40 | Synchrony Bank, c/o Recovery Management Systems Corp, 25 SE 2nd Ave Suite 1120, Miami FL 33131-1605 |
| 14211091 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 10 2022 23:52:42 | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14245849 | | Email/Text: bncnotifications@pheaa.org | May 10 2022 23:45:00 | U. S. Department of Education, c/o FedLoan Servicing, P. O. Box 69184, Harrisburg, PA 17106-9184 |
| 14791224 | | Email/PDF: bncnotices@becket-lee.com | May 10 2022 23:52:35 | eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262 |

TOTAL: 42

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Collier Township |
| cr | | Duquesne Light Company |
| cr | | Pennymac Loan Services, LLC |
| cr | * | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| cr | * | eCAST Settlement Corporation, PO Box 29262, New York, NY 10087-9262 |
| 14286111 | *+ | AES/Chase Bank, P.O. Box 61047, Harrisburg PA 17106-1047 |

TOTAL: 3 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 12, 2022         Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 10, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew M. Lubin | on behalf of Creditor Pennymac Loan Services  LLC alubin@milsteadlaw.com, bkecf@milsteadlaw.com |
| Jeffrey R. Hunt | on behalf of Creditor Collier Township jhunt@grblaw.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 4 of 4 |
| Date Rcvd: May 10, 2022 | Form ID: pdf900 | Total Noticed: 50 |

Joseph A. Dessoye
                on behalf of Creditor Pennymac Loan Services  LLC pawb@fedphe.com

Joseph P. Schalk
                on behalf of Creditor Pennymac Loan Services  LLC jschalk@barley.com, sromig@barley.com

Maria Miksich
                on behalf of Creditor Pennymac Loan Services  LLC mmiksich@kmllawgroup.com

Office of the United States Trustee
                ustpregion03.pi.ecf@usdoj.gov

Peter J. Ashcroft
                on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com
                ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Ronda J. Winnecour
                cmecf@chapter13trusteewdpa.com

S. James Wallace
                on behalf of Creditor Peoples Natural Gas Company  LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com

Shawn N. Wright
                on behalf of Joint Debtor Erik J. Kolodziej shawn@shawnwrightlaw.com
                wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com

Shawn N. Wright
                on behalf of Debtor Chad R. Wolfe shawn@shawnwrightlaw.com
                wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com

Thomas Song
                on behalf of Creditor Pennymac Loan Services  LLC pawb@fedphe.com

TOTAL: 12